UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINSBURG, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1375 JCH |
| ) | |
| INBEV NV/SA, et al., ) | |
| ) | |
| Defendant(s). ) | |

### **ORDER**

This matter is before the Court upon Plaintiffs' Motion for Reconsideration of the Court's November 18, 2008 Memorandum and Order. (Doc. No. 82). Upon consideration, the Court will deny Plaintiffs' motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration of Judge Hamilton's Memorandum and Order (Doc. No. 76) is **DENIED**.

Dated this 17th day of December, 2008.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE