UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINSBURG, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1375 JCH |
| ) | |
| INBEV NV/SA, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon Plaintiffs' Motion to Hold Defendants' Assets Separate. (Doc. No. 85). Upon consideration, the Court will deny Plaintiffs' motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Hold Defendants' Assets Separate (Doc. No. 85) is **DENIED**.

Dated this 30th day of December, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE