IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

_____
                                                                )
MARTY GINSBURG, *et al.*,                         )
                                                                )
                Plaintiffs,                      )
                                                                )
        v.                                           )      **Civ. No. 08-01375 (JCH)**
                                                                )
INBEV NV/SA,                                         )
ANHEUSER-BUSCH COMPANIES, INC., and   )
ANHEUSER-BUSCH, INC.                          )
                Defendants.                     )
                                                                )
_____)

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER
REGARDING THE DEPOSITIONS OF CARLOS BRITO AND AUGUST BUSCH IV**

        Pursuant to Rule 26 of the Federal Rules of Civil Procedure, defendants, by and through their undersigned attorneys, respectfully move this Court to enter an order prohibiting the depositions of Carlos Brito, the current CEO of Anheuser-Busch InBev, and August Busch IV, the former CEO of Anheuser-Busch and a current member of the Anheuser-Busch InBev Board of Directors, at this time.  Defendants seek this relief on the grounds that:

        1)  At a minimum, the depositions of Mr. Brito and Mr. Busch should be postponed until the Court has an opportunity to rule on defendants' Motion to Stay.  Indeed, the decision to unilaterally notice Mr. Busch's deposition for March 6th seems calculated to circumvent the defendants' purpose in filing the Motion to Stay.

        2)  As a separate and independent ground, Mr. Busch should not be deposed because the plaintiffs have failed to pursue any relevant information he may possess through less intrusive means, including the depositions of other Anheuser-Busch employees.

For the foregoing reasons and those set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, defendants respectfully request that the Court enter an order prohibiting the depositions of Mr. Brito and Mr. Busch at this time and grant any other relief deemed just and proper.

Dated:  February 27, 2009                                Respectfully submitted,

/s/ James F. Bennett
James F. Bennett #65673
jbennett@dowdbennett.com
Erika A. Anderson #506103
eanderson@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth, Suite 1410
St. Louis, Missouri  63105
Telephone : (314) 889-7300
Facsimile : (314) 863-2111

Peter E. Moll
Brian D. Wallach
Stephen Weissman
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone : (202) 783-0800
Facsimile : (202) 383-6610

Attorneys for Defendants InBev NV/SA, Anheuser-Busch Companies, Inc., and Anheuser-Busch, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 27th day of February, 2009.

/s/ James F. Bennett