UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINSBURG, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:08CV1375 JCH |
| INBEV NV/SA, et al., | ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court upon Defendants' Motion for Protective Order Regarding the Depositions of Carlos Brito and August Busch IV (Doc. No. 147). Upon consideration, the Court will grant Defendants' Motion for Protective Order until Defendants' Motion to Stay Discovery Pending Adjudication of Defendants' Rule 12(c) Motion and Plaintiffs' Appeal (Doc. No. 141) is fully briefed and ruled upon.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Protective Order Regarding the Depositions of Carlos Brito and August Busch IV (Doc. No. 147) is **GRANTED**, in part, until Defendants' Motion to Stay Discovery is fully briefed and ruled upon.

Dated this 4th day of March, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE