UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINSBURG, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1375 JCH |
| ) | |
| INBEV NV/SA, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court upon Defendants' Motion to Stay Discovery Pending Adjudication of Defendants' Rule 12(c) Motion and Plaintiffs' Appeal. (Doc. No. 141). Upon consideration, the Court will grant Defendants' motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery Pending Adjudication of Defendants' Rule 12(c) Motion and Plaintiffs' Appeal (Doc. No. 141) is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Defendants' Motion for Protective Order Regarding the Deposition of Carlos Brito and August Busch IV (Doc. No. 147) is **GRANTED** in accordance with this Order.[1]

Dated this 9th day of March, 2009.

---

[1] On March 4, this Court ordered that Defendants' Motion for Protective Order Regarding the Depositions of Carlos Brito and August Busch IV was granted until Defendants' Motion to Stay Discovery was fully briefed and ruled upon (Doc. No. 150). This Court's temporary protective order (Doc. No. 150) is hereby made permanent.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE