UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTY GINSBURG, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1375 JCH |
| ) | |
| INBEV NV/SA, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Judgment on the Pleadings is **GRANTED**, and Plaintiffs' claims are dismissed with prejudice.

Dated this 4th day of August, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE