UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTY GINSBURG, PATRICIA ODENBACH, DANIEL SAYLE, JOSEPH LOTT, TERRI LOTT, ARIEL YOUNG, RONALD MARTIN, SHARON MARTIN, WILLIAM STAGE, and BARRY GINSBURG,<br><br>Plaintiffs,<br><br>*v.*<br><br>INBEV NV/SA, ANHEUSER-BUSCH COMPANIES, INC., and ANHEUSER-BUSCH, INC.,<br><br>Defendants. | Case No. 08-CV-01375-JCH<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the following orders and decisions of the District Court:

1. October 20, 2008 Order Setting Rule 16 Telephone Conference
2. November 12, 2008 Docket Order Granting Motion for Leave to Take Judicial Notice
3. November 18, 2008 Docket Order Denying Plaintiffs' Application for Expedited Telephonic Conference
4. November 18, November 26, and December 11, 2008 Orders vacating Rule 16 Conferences
5. January 5, 2009 Case Management Order
6. March 4, 2009 Order temporarily Granting Motion for Protective Order regarding the depositions of Carlos Brito and August Busch IV, as well as denial of Plaintiffs' right to file a brief in opposition to Defendants' Motion for Protective Order
7. March 9, 2009 Order making "permanent" Protective Order regarding depositions of Carlos Brito and August Busch IV
8. March 9, 2009 Order Granting Motion to Stay Discovery
9. June 18, 2009 decision denying Plaintiffs' Motion to Set Hearing
10. August 3, 2009 Order Granting Motion for Judgment on the Pleadings, and denial of Plaintiffs' request for oral argument on the motion
11. August 3, 2009 Order denying Plaintiffs' request to amend complaint
12. August 4, 2009 Judgment
13. August 3 and August 5, 2009 Orders Denying Plaintiffs' Motion for Public Access to the Court Record
14. August 5, 2009 Order Granting Motion for Protective Order

///

///

///

Dated: August 19, 2009               ALIOTO LAW FIRM


                                     By:  */s/ Joseph M. Alioto, Jr.*
                                          Joseph M. Alioto, Jr.

                                     Joseph M. Alioto, *pro hac vice*
                                     Theresa D. Moore, *pro hac vice*
                                     Joseph M. Alioto, Jr., *pro hac vice*
                                     Thomas P. Pier, *pro hac vice*
                                     **ALIOTO LAW FIRM**
                                     555 California Street
                                     Thirty-First Floor
                                     San Francisco, California 94104
                                     Telephone: (415) 434-8900
                                     Facsimile: (415) 434-9200
                                     Email: esexton@aliotolaw.com

                                     Theodore F. Schwartz (MO SBN 17995)
                                     Kenneth R. Schwartz (MO SBN 44528)
                                     **LAW OFFICES OF THEODORE F.
                                        SCHWARTZ**
                                     230 South Bemiston, Suite 770
                                     Clayton, Missouri 63105
                                     Telephone: (314) 863-4654
                                     Facsimile: (314) 862-4357
                                     Email: Theodore@schwartz-schwartz.com

                                     Gilmur R. Murray, *pro hac vice*
                                     Derek G. Howard, *pro hac vice*
                                     **MURRAY & HOWARD, LLP**
                                     900 Larkspur Landing Circle, Ste 103
                                     Larkspur, California 94939
                                     Telephone: (415) 461-3200
                                     Facsimile: (415) 461-3208
                                     Email: dhoward@murrayhowardlaw.com

                                     *Attorneys for Plaintiffs Marty Ginsburg,* et al.