UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINSBURG, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1375 JCH |
| ) | |
| INBEV NV/SA, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon Plaintiffs' Rule 60 Motion for Relief from August 3 Order. (Doc. No. 167). This matter is fully briefed and ready for disposition.

In their Motion, Plaintiffs seek clarification regarding whether Plaintiffs' complaint adequately requested divestiture of Defendants' merger. This Court granted Defendants' Motion for Judgment on the Pleadings because it found that Plaintiffs did not properly set forth a plausible claim for relief. (Doc. No. 158). The Court did not reach the issue of whether Plaintiffs had adequately pled their prayer for relief. Therefore, this Court finds no basis under Fed.R.Civ.P. 60(b) to grant Plaintiffs' Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Rule 60 Motion for Relief from August 3 Order (Doc. No. 167) is **DENIED**.

Dated this 18th day of September, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE